UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10098-RGS

UNITED STATES

v.

STEPHEN ROSSETTI

MEMORANDUM AND ORDER ON
GOVERNMENT'S MOTION FOR RECONSIDERATION
OF THE GRANT OF COLLATERAL RELIEF

January 7, 2019

STEARNS, D.J.

On Friday, January 4, 2019, the Supreme Court granted certiorari in *United States v. Davis*, No. 18-431, a Fifth Circuit case in which the issue is framed by the Court as follows: "Whether the subsection-specific definition of "crimes of violence" in 18 U.S.C. § 924(c)(3)(B), which applies only in the limited instance of a federal criminal prosecution for possessing, using or carrying a firearm in connection with acts compromising such a crime, is unconstitutionally vague." Given the identicality of the issues, the court is preliminarily of the view that prudence counsels the postponing of a decision on the government's motion for reconsideration of the court's grant of

collateral relief in this matter until the Supreme Court has ruled.[1]  Before entering a formal continuance, however, the court invites the views of the parties, should they wish to be heard, by away of responsive filing within ten (10) days of the date of this Order.

### ORDER

For the foregoing reasons, the court will, pending its further order, <u>STAY</u> a decision on the government's motion to reconsider.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] Also, before the Supreme Court is a petition for a writ in *United States v. Salas*, 889 F.3d 681 (10th Cir. 2018), which I discussed in the August 7, 2018 Memorandum and Order.  *Salas* will likely be consolidated with *Douglas* as the Solicitor General has sought review in that case as well.